IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MAKISHA RENEE SANDERS,**<br><br>Movant,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | **MOTION TO VACATE**<br>**28 U.S.C. § 2255**<br><br>**CRIMINAL ACTION FILE**<br>**NO. 1:16-CR-128-MHC-CMS-3**<br><br>**CIVIL ACTION FILE**<br>**NO. 1:19-CV-1253-MHC-CMS** |

## ORDER

Movant Makisha Renee Sanders, acting *pro se*, has filed a motion to vacate, set aside, or correct an allegedly illegal sentence in accordance with 28 U.S.C. § 2255 [Doc. 221[1]] and a motion to amend that motion [Doc. 231]. This matter is before the Court on the Final Report and Recommendation of the Magistrate Judge [Doc. 246] ("R&R") recommending that the motion to vacate and the motion to amend be denied, and that a certificate of appealability not be issued. The Order for Service of the R&R [Doc. 247] provided notice that, in accordance with 28

---

[1] Docket references in this Order refer to the docket in Movant's criminal case, No. 1:16-CR-128-MHC-CMS.

U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order.  No objections have been filed to the R&R.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1).  Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no plain error and that the R&R is supported by law.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 246] as the judgment of the Court.  It is hereby **ORDERED** that Movant Makisha Renee Sanders's motion to vacate, set aside, or correct an allegedly illegal federal sentence in accordance with 28 U.S.C. § 2255 [Doc. 221], and Movant's motion to amend that motion [Doc. 231] are **DENIED**.

It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not met the requisite standard.  See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).  Movant may not appeal the denial of her motion but may seek a certificate from the United States Court of Appeals for the Eleventh Circuit under Federal Rule of Appellate Procedure 22.  Rule 11(a), Rules Governing § 2255 Proceedings for the United States District Courts.

The Clerk is **DIRECTED** to close the civil case file.

**IT IS SO ORDERED** this 17th day of April, 2020.

_____
MARK H. COHEN
United States District Judge